# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61571-CIV-ZLOCH

KATI WILLIAMS, et al.,

      Plaintiffs,

vs.

P.D.K.N.   P-4   OP,   LLC   d/b/a
BOKAMPER'S   SPORTS   BAR   &
GRILL,

      Defendants
_____/

## <u>ORDER SCHEDULING MEDIATION</u>

The Mediation Conference in this matter shall be held with Marlene Quintana, B.C.S., on

the 28th day of October, 2014 at 11:00 a.m., at GrayRobinson, P.A., 401 E. Las Olas Boulevard,

10th Floor, Ft. Lauderdale, FL 33301.

ENTERED this _____ day of October, 2014.

                                _____
                                WILLIAM J. ZLOCH
                                UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record

# 1545424 v1